THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Clifton Deon Gilmore, Appellant.
 
 
 

Appeal From York County
 Larry R. Patterson, Circuit Court Judge
Unpublished Opinion No. 2008-UP-700
Submitted December 1, 2008  Filed
 December 15, 2008    
APPEAL DISMISSED

 
 
 
 Eleanor Duffy Cleary, of Columbia, for Appellant.
 John Benjamin Aplin, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Clifton Deon Gilmore
 appeals his probation revocation and the suspension of his sentence in full. 
 Gilmore argues the trial court abused its discretion in revoking his suspended
 sentence.  After a thorough
 review of the record and counsels brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsels motion to be relieved. [1] 
APPEAL
 DISMISSED.  
ANDERSON,
 HUFF, and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.